UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

    Plaintiff,

  v.

TELERICO,

    Defendant.

Case No. 15-cv-03156-WHO

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

On July 8, 2015, I issued an order granting plaintiff's application to proceed in forma pauperis and dismissing his complaint for failure to state a claim. Dkt. No. 3. I gave him until August 7, 2015 to file an amended complaint. *Id.*

As of the date of this order, plaintiff has not filed an amended complaint. By September 1, 2015, plaintiff shall show cause, in writing, why this case should not be dismissed for failure to prosecute. Alternatively, by September 1, 2015, plaintiff may file an amended complaint that cures the deficiencies identified in the July 8, 2015 order dismissing his complaint. If plaintiff fails to file either a statement showing cause or an amended complaint, I will dismiss this case for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors relevant to whether to dismiss a case for failure to prosecute or to comply with a court order).

**IT IS SO ORDERED**.

Dated: August 12, 2015



WILLIAM H. ORRICK
United States District Judge